**FILED**

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUG 2 1 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-30131-MJR |
| | ) | |
| ASHTON L. LUCK, | ) | |
| | ) | Title 18, United States Code |
| Defendant. | ) | Sections 641, 1001, and 1920 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

**WORKERS' COMPENSATION FRAUD**

1.       On or about April 20, 2015, in Madison County, within the Southern District of Illinois,

### ASHTON L. LUCK,

defendant herein, while employed by the United States Postal Service as a city carrier for the East Alton Post Office, willfully and knowingly did falsify and make false, fictitious, and fraudulent statements and representations in connection with an application for and receipt of compensation and other benefits and payment under Title 5, United States Code, Sections 8102 et seq, which benefits exceeded $1000, to wit, **ASHTON L. LUCK** submitted a false CA-1 Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation which falsely represented that she had sustained an on-the-job federal employee work related injury on April 18, 2015 by stepping in a hole.

1

2.      The Federal Employees' Compensation Act provides workers' compensation

coverage to millions of federal and postal workers who sustain employment related injuries.

3.      It is a violation of federal criminal law for a claimant to knowingly make a false

representation on a workers' compensation claim.  The CA-1 workers' compensation claim form

signed by **ASHTON L. LUCK** contained a warning against filing a false claim:

> I hereby make claim for compensation because of the injury sustained by me while in the
> performance of my duty for the United States.  I certify that the information provided
> above is true and accurate to the best of my knowledge and belief.  Any person who
> knowingly makes any false statement, misrepresentation, concealment of fact, or any other
> act of fraud, to obtain compensation as provided by the FECA, or who knowingly accepts
> compensation to which that person is not entitled is subject to civil or administrative
> remedies as well as felony criminal prosecution and may under appropriate criminal
> provisions, be punished by a fine or imprisonment, or both. In addition, a felony
> conviction will result in termination of all current and future FECA benefits.

4.      **ASHTON L. LUCK** falsified the worker's compensation form and falsified the

story about injuring herself on the job by stepping in a hole.

All in violation of Title 18, United States Code, Section 1920.

## COUNT 2

### FALSE REPRESENTATION ON FEDERAL EMPLOYEE TIME ANALYSIS FORM

1.      On or about February 3, 2015, in Madison County, within the Southern District of

Illinois,

**ASHTON L. LUCK,**

defendant herein, while employed by the United States Postal Service as a city carrier for the

East Alton Post Office, did willfully and knowingly make, and cause to be made a materially

false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of

a department or agency of the United States by submitting a Form CA 7a Time Analysis Form in

which she claimed to be sick on January 24, 2015 and claimed it was due to a previously

submitted job related injury for workers' compensation.

2.    **ASHTON L. LUCK** had previously lied to her employer about being sick on that day for a leave request when in fact she traveled to Indianapolis, Indiana to attend her daughter's softball games that weekend.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 3

**FALSE REPRESENTATION FOR EMERGENCY LEAVE: MARCH 2015**

1.    In or about March of 2015, in Madison County, within the Southern District of Illinois,

### ASHTON L. LUCK,

defendant herein, while employed by the United States Postal Service as a city carrier for the East Alton Post Office, did willfully and knowingly make, and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States by submitting a falsified and fabricated doctor's note in support of fraudulent leave taken March 6th, 7th and 9th of 2015.

2.    **ASHTON L. LUCK** had previously lied to her employer about having to take emergency leave falsely indicating that her father had had a heart attack and had "coded." **ASHTON L. LUCK** then fabricated a doctor's note to substantiate the emergency leave.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 4

**FALSE REPRESENTATION FOR EMERGENCY LEAVE: APRIL 3RD, 4TH, 6TH AND 7TH  2015**

1.    In or about April of 2015, in Madison County, within the Southern District of Illinois,

### ASHTON L. LUCK,

defendant herein, while employed by the United States Postal Service as a city carrier for the East Alton Post Office, did willfully and knowingly make, and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States by submitting falsified and fabricated St. Louis Children's Hospital records in support of fraudulent leave taken April 3rd, 4th, 6th and 7th of 2015.

2.  **ASHTON L. LUCK** had lied to her employer about her son having been admitted to St. Louis Children's Hospital. **ASHTON L. LUCK** then fabricated St. Louis Children's Hospital records to substantiate the emergency leave.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 5

### FALSE REPRESENTATION FOR EMERGENCY LEAVE: APRIL 11TH AND 13TH  2015

1.  In or about April of 2015, in Madison County, within the Southern District of Illinois,

**ASHTON L. LUCK,**

defendant herein, while employed by the United States Postal Service as a city carrier for the East Alton Post Office, did willfully and knowingly make, and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States by submitting falsified and fabricated St. Louis Children's Hospital records in support of fraudulent leave taken April 11th and 132th of 2015.

2.  **ASHTON L. LUCK** had lied to her employer about her son having been taken to St. Louis Children's Hospital on April 10, 2015. **ASHTON L. LUCK** then fabricated St. Louis Children's Hospital records to substantiate the emergency leave.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 6

### FALSE REPRESENTATION FOR EMERGENCY LEAVE: MAY 2015

1.      On or about March 19 of 2015, in Madison County, within the Southern District

of Illinois,

### ASHTON L. LUCK,

defendant herein, while employed by the United States Postal Service as a city carrier for the

East Alton Post Office, did willfully and knowingly make, and cause to be made a materially

false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of

a department or agency of the United States by submitting a falsified PS Form 3971, Request for

or Notification of Absence for sick leave for May 16, 2015.

2.      **ASHTON L. LUCK** had lied to her employer about needing to take sick leave

for epilepsy testing when in fact she traveled to Charleston, Illinois for a softball tournament.

All in violation of Title 18, United States Code, Section 1001(a)(2).

STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $25,000 unsecured.

5