IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-cr-30131-MJR |
| ) | |
| ASHTON L. LUCK, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**REAGAN, Chief District Judge**:

On November 2, 2015, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge, on a change of plea hearing. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), and with the consent of all parties and following a thorough colloquy, Defendant Luck entered a guilty plea to Counts 1 through 6 of the indictment, charging workers' compensation fraud, false representation on a federal employee time analysis form, and false representations for emergency leave. By Report and Recommendation filed November 2, 2015, Judge Wilkerson recommends that the undersigned judge accept Luck's guilty plea, find Luck guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing for this case.

The parties were given until November 19, 2015 to object to the Report and Recommendation; that deadline has elapsed without any party filing objections or seeking additional time to file objections. Accordingly, the Court **ADOPTS** the Report

and Recommendation in its entirety (Doc. 20), **ACCEPTS** Luck's guilty plea, and **ADJUDGES** Luck guilty of the offenses set forth in the indictment to which Luck pled guilty on November 2, 2015.  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, the Court **CONFIRMS** that sentencing shall proceed on **March 10, 2016, at 1:30 P.M**.

    **IT IS SO ORDERED.**

    DATED:  November 24, 2015

/s/ **Michael J. Reagan**
**Chief Judge Michael J. Reagan**
**United States District Court**